THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MONTAGNO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted February 21, 1944; decided March 2, 1944.

*Michael Montagno,* in person, for motion to prosecute appeal as a poor person and in opposition to respondent's motion to dismiss appeal.

*Nathaniel L. Goldstein, Attorney-General (Herman H. Harcourt* of counsel), for motion to dismiss appeal.

Motion for leave to prosecute appeal as a poor person granted. Motion to dismiss appeal denied.